

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*James Tuomey*  
*Special Assistant United States Attorney*  
*James.Tuomey@usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-736-0993*  
*MAIN: 410-209-4800*

February 15, 2021

The Honorable Catherine C. Blake  
101 West Lombard Street  
Baltimore, MD 21201

      RE:   *United States v. Brandon Goforth*  
              Criminal Number CCB-20-0319

Dear Judge Blake:

    I am writing to provide the Court with a status update in the above-referenced case. Since the last status report on January 15, 2021, the Government has continued providing discovery to Defense Counsel. The parties are actively engaged in plea negotiations which are ongoing.

    The Government and Defense Counsel agree that an additional sixty days would allow enough time for plea negotiations to continue. The Defendant is currently held at the Chesapeake Detention Facility, with a motion to reopen his detention hearing pending.

    The speedy trial clock is suspended through March 15, 2021. We, of course, will make the Court aware if the parties come to an agreement before then.

    Please let us know if there are any questions.

                                                                        Very truly yours,

                                                                         Robert K. Hur  
                                                                         United States Attorney

                                                                         *James Tuomey*  
                                                                         James Tuomey  
                                                                         Special Assistant United States Attorney

Cc:  
Counsel of record through CM/ECF